No. 3875.—LÓPEZ, apldo., v. SOLER, aplte.—C. D. Ponce. Nulidad de contrato. Jun. 16, 1926. Vista la moción sobre eliminación de la transcripción de la evidencia y sobre desestimación de la apelación, sin asistencia de las partes; no habiendo el apelante radicado escrito de oposición alguno a dicha moción; apareciendo que el señalamiento de errores está basado única y exclusivamente en la transcripción de la evidencia y que algunas de las prórrogas para la presentación de dicha transcripción en la corte inferior fueron concedidas sin jurisdicción para ello por haber transcurrido con exceso los plazos anteriores; y visto también el caso de *Ana Inés Durán Gallardo* v.·*Juan Coll y Soler et al.,* 35 D.P.R. 113, se declara con lugar la moción, eliminando la transcripción de la evidencia y se desestima la apelación.